UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 99CR2697-BTM |
| | ) | |
| Plaintiff, | ) | JUDGMENT AND ORDER OF |
| | ) | DISMISSAL |
| v. | ) | |
| | ) | |
| ARMANDO HERNANDEZ-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the Second Superseding Indictment in Case No. 99CR2697-BTM against defendant ARMANDO HERNANDEZ-LOPEZ.

IT IS FURTHER ORDERED that, upon motion by the United States, the Second Superseding Indictment in Case No. 99CR2697-BTM against defendant ARMANDO HERNANDEZ-LOPEZ be dismissed without prejudice and that the outstanding warrant be recalled.

IT IS SO ORDERED.

DATED: April 19, 2013

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court